## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-22-115-JFH |
| | ) | |
| CARL RAY HOLLAND, | ) | |
|         Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO RESET SENTENCING HEARING

The Defendant, Carl Ray Holland, through undersigned counsel, respectfully moves for the Court to reset the sentencing hearing currently set for May 16, 2024 at 10:00 a.m. In support of this motion, Mr. Holland states as follows:

1. Undersigned counsel has contacted AUSA Edith A. Singer and AUSA Kevin Cheung, and the government has no objection to this motion.

2. Mr. Holland is currently in custody.

3. This is Mr. Holland's first request to extend the sentencing hearing in this case.

4. Undersigned counsel seeks a continuance of the sentencing hearing due to the following conflict. Counsel is scheduled to appear for oral argument at the Tenth Circuit Court of Appeals in Denver, Colorado on May 16, 2024 in *United States v. Derek Ray Flaming,* Tenth Circuit Case No. 23-5064 and *United States v. Jason Robert Hopson,* Tenth Circuit Case No. 23-5056.

5.      Undersigned counsel requests the sentencing hearing be reset for a date convenient to the Court, preferably the week of May 20-24, 2024.  Counsel will be unavailable the week of May 27-31 and the first two weeks of July 2024.

WHEREFORE, Mr. Holland respectfully asks the Court to reset the sentencing hearing for this case as outlined above.

Respectfully submitted on March 15, 2024

OFFICE OF THE FEDERAL PUBLIC DEFENDER

Scott A. Graham, Federal Public Defender

By: s/Neil D. Van Dalsem
Neil D. Van Dalsem, OBA No. 16326
Assistant Federal Public Defender
112 N. 7th Street
Muskogee, OK 74401
(918) 687-2430
Counsel for Defendant Donald Holland

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

AUSA Edith A. Singer         AUSA Kevin Cheung

 s/Neil D. Van Dalsem
Neil D. Van Dalsem